Geoffrey C. Haslam (7217)
Tyler V. Snow (12668)
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
geoffrey.haslam@chrisjen.com
tyler.snow@chrisjen.com
*Attorneys for Cereal Food Processors, Inc. and Grain Craft, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LORI GILBERT, as administrator of the Estate of MICHAEL GILBERT, deceased; MARY GILBERT, heir of MICHAEL GILBERT, by and through her mother and natural guardian LORI GILBERT; LORI GILBERT, individually, as heir of MICHAEL GILBERT; ALVIN GILBERT, individually, as heir of MICHAEL GILBERT; MIKE E. GILBERT, individually, as heir of MICHAEL GILBERT; and SEAN GILBERT, individually, as heir of MICHAEL GILBERT,<br><br>        Plaintiffs,<br><br>vs.<br><br>CEREAL FOOD PROCESSORS, INC., a Kansas corporation; GRAIN CRAFT, INC., a Georgia corporation; THYSSEN KRUPP ELEVATOR CORPORATION, a Delaware corporation; JOHN DOES 1 – 20; and BLACK AND WHITE CORPORATIONS 1 – 20,<br><br>        Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 2:16-cv-00894-EJF<br>Magistrate Judge Evelyn J. Furse |

Tyler V. Snow and the law firm of Christensen & Jensen, P.C. hereby appear as counsel for Defendants Cereal Food Processors, Inc. ("CFP") and Grain Craft, Inc. ("Grain Craft").

DATED this 25th day of August, 2016.

                                      CHRISTENSEN & JENSEN, P.C.

                                      /s/ Tyler V. Snow
                                      Geoffrey C. Haslam
                                      Tyler V. Snow
                                      *Attorneys for Defendants CFP and Grain Craft*

CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of August, 2016, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL to be served upon the following using the Court's ECF system:

Randall K. Edwards, randall@randallkedwards.com
Jeanne D. Marshall, jeanne.d.marshall@gmail.com
Rick L. Rose, rrose@rqn.com
Blake M. Biddulph, bbidulph@rqn.com

      /s/ Tyler V. Snow
      Geoffrey C. Haslam
      Tyler V. Snow
      **Attorneys for Defendants CFP and Grain Craft**